UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

VS.  CRIMINAL NO: 09-CR-20353-06

GONZALES-SALDANA, Hugo/

## ORDER GRANTING ACCESS TO WAYNE COUNTY JAIL

IT IS ORDERED THAT, Spanish interpreter Roberto Tonucci in the above cause be allowed to accompany Defense Counsel and United States Probation Officer Thaddeus K. Dean, Jr. into the Wayne County Jail on October 12, 2010.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: October 12, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 12, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager